IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HAYNES LIFE FLIGHT, LLC,    )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:19cv427-MHT
                            )          (WO)
METRO AVIATION, INC.,       )
                            )
     Defendant.             )
```

### AMENDED JUDGMENT

Upon consideration of the parties' joint consent motion to dismiss the complaint, amended complaint, counterclaim and amended counterclaim with prejudice (doc. no. 32), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted, and the plaintiff's complaint and amended complaint and the defendant's counterclaim and amended counterclaim are dismissed with prejudice, with each party to bear its own costs.

It is further ORDERED that all outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 1st day of July, 2020.**

                                                /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**